

UNITED STATES BANKRUPTCY COURT
Eastern District of California

Robert T Matsui United States Courthouse
501 I Street, Suite 3-200
Sacramento, CA 95814

(916) 930-4400
www.caeb.uscourts.gov
M-F 9:00 AM - 4:00 PM

**FILED**

**2/2/10**

CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA

admin

## Notice of Chapter 7 Bankruptcy Case, Meeting of Creditors, & Deadlines

A chapter 7 bankruptcy case concerning the debtor(s) listed below was filed on 1/29/10 . You may be a creditor of the debtor. **This notice lists important deadlines.** You may want to consult an attorney to protect your rights. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed above. NOTE: The staff of the bankruptcy clerk's office cannot give legal advice.

**Case Number:**   10-22146 - C - 7

Debtor Name(s), Last four digits of Social Security or Individual Taxpayer ID (ITIN) No(s)./Complete EIN, and Address(es):

Juan M. Searcy Sr.
xxx-xx-3940

333 Franciscan Ave
Stockton, CA 95210

Beatriz Sanchez Searcy
xxx-xx-5271

333 Franciscan Ave
Stockton, CA 95210

| Debtor's Attorney: | Charles L. Hastings<br>4568 Feather River Dr #A<br>Stockton, CA 95219 | Trustee: | Gary Farrar<br>PO Box 576097<br>Modesto, CA 95357 |
|---|---|---|---|
| Telephone Number: | (209) 476-1010 | Telephone Number: | 209-551-1962 |

### MEETING OF CREDITORS

**Location:**   United States Trustees Meeting Room, Suite 2, 1st Floor, 1200 I St, Modesto, CA
**Date & Time:**   3/4/10   11:00 AM

The debtor (both spouses in a joint case) must be present at the meeting to be questioned under oath by the trustee and by creditors. See Explanations and Important Notice to Individual Debtors on reverse side.

**Presumption of Abuse under 11 U.S.C. § 707(b)** – See "Presumption of Abuse" on the reverse side.
The presumption of abuse does not arise.

**Deadlines** – Papers must be *received* by the bankruptcy clerk's office by the following deadlines:
**Deadline to File a Complaint Objecting to Discharge of the Debtor *or* to Determine Dischargeability of Certain Debts:**
5/3/10
**Deadline to Object to Exemptions:**   Thirty (30) days after the conclusion of the meeting of creditors.

### Creditors May Not Take Certain Actions

In most instances, the filing of the bankruptcy case automatically stays certain collection and other actions against the debtor and the debtor's property. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. If you attempt to collect a debt or take other action in violation of the Bankruptcy Code, you may be penalized. Consult a lawyer to determine your rights in this case.

**It is unnecessary to file claims at this time** because it does not appear from the schedules that enough assets are available for payment of a dividend to creditors. If sufficient assets become available, you will be sent a Notice to File Claims.

### Creditor with a Foreign Address

A creditor to whom this notice is sent at a foreign address should read the information under "It Is Unnecessary to File a Proof of Claim at This Time" on the reverse side.

### See Reverse Side For Important Explanations.

Dated:
2/2/10

For the Court,
Richard G. Heltzel , Clerk

FORM b9a
(Continued)

# EXPLANATIONS

| | |
|---|---|
| Filing of Chapter 7 Bankruptcy Case | A bankruptcy case under chapter 7 of the Bankruptcy Code (title 11, United States Code) has been filed in this court by or against the debtor(s) listed on the front side, and an order for relief has been entered. |
| **Legal Advice** | The staff of the bankruptcy clerk's office cannot give legal advice. Consult a lawyer to determine your rights in this case. |
| Creditors Generally May Not Take Certain Actions | Prohibited collection actions are listed in Bankruptcy Code §362. Common examples of prohibited actions include contacting the debtor by telephone, mail or otherwise to demand repayment; taking actions to collect money or obtain property from the debtor; starting or continuing lawsuits or foreclosures; repossessing the debtor's property; and garnishing or deducting from the debtor's wages. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. |
| Presumption of Abuse | If the presumption of abuse arises, creditors may have the right to file a motion to dismiss the case under § 707(b) of the Bankruptcy Code. The debtor may rebut the presumption by showing special circumstances. |
| Meeting of Creditors | A meeting of creditors is scheduled for the date, time and location listed on the front side. *The debtor (both spouses in a joint case) must be present at the meeting to be questioned under oath by the trustee and by creditors.* Creditors are welcome to attend, but are not required to do so. The meeting may be continued and concluded at a later date without further notice.<br><br>**Important Notice to Individual Debtors:** The United States Trustee requires all debtors who are individuals to provide government issued photo identification and proof of social security number to the trustee at the meeting of creditors. *Failure to appear at the meeting of creditors, or failure to provide proper identification and proof of social security information, may result in a motion to dismiss your case.* |
| It is Unnecessary to File a Proof of Claim at This Time | There does not appear to be any property available to the trustee to pay creditors. *It is therefore unnecessary to file a proof of claim at this time.* If it later appears that assets are available to pay creditors, you will be sent another notice telling you that you may file a proof of claim, and telling you the deadline for filing your proof of claim. If this notice is mailed to a creditor at a foreign address, the creditor may file a motion requesting the court to extend the deadline. |
| Discharge of Debts | The debtor is seeking a discharge of most debts, which may include your debt. A discharge means that you may never try to collect the debt from the debtor. If you believe that the debtor is not entitled to receive a discharge under Bankruptcy Code §727(a) *or* that a debt owed to you is not dischargeable under Bankruptcy Code §523(a) (2), (4), or (6), you must start a lawsuit by filing a complaint in the bankruptcy clerk's office by the "Deadline to File a Complaint Objecting to Discharge of the Debtor or to Determine Dischargeability of Certain Debts" listed on the front side. The bankruptcy clerk's office must receive the complaint and the required filing fee by that deadline. |
| Exempt Property | The debtor is permitted by law to keep certain property as exempt. Exempt property will not be sold and distributed to creditors. The debtor must file a list of all property claimed as exempt. You may inspect that list at the bankruptcy clerk's office. If you believe that an exemption claimed by the debtor is not authorized by law, you may file an objection to that exemption. The bankruptcy clerk's office must receive the objection by the "Deadline to Object to Exemptions" listed on the front side. |
| Bankruptcy Clerk's Office | Any paper that you file in this bankruptcy case should be filed at the bankruptcy clerk's office at the address listed on the front side. You may inspect all papers filed, including the list of the debtor's property and debts, at the bankruptcy clerk's office. |
| Creditor with a Foreign Address | Consult a lawyer familiar with United States bankruptcy law if you have any questions regarding your rights in this case. |

--- **Refer to Other Side For Important Deadlines and Notices** ---

# CERTIFICATE OF NOTICE

```
District/off: 0972-2        User: admin              Page 1 of 1              Date Rcvd: Feb 02, 2010
Case: 10-22146              Form ID: b9a             Total Noticed: 24


The following entities were noticed by first class mail on Feb 04, 2010.
db/jdb          +Juan M. Searcy, Sr.,    Beatriz Sanchez Searcy,    333 Franciscan Ave,   Stockton, CA 95210-1308
aty             +Charles L. Hastings,    4568 Feather River Dr #A,    Stockton, CA 95219-6508
tr              +Gary Farrar,   PO Box 576097,    Modesto, CA 95357-6097
17131217        +American Medical Response,    NCO Financial Systems,    10540 White Rock Rd Suite 250,
                  Rancho Cordova CA 95670-6094
17131218         Apexx Physicians Medical Group,    3116 N March Lane 200,    Stockton CA 95219
17131220        +Delta Radiology,    1121 W Vine Street 16,    Lodi CA 95240-5165
17131221        +Enhanced Recovery Corporation,    P O Box 1967,    Southgate MI 48195-0967
17131222        +Federal Home Loan Mortgage,    c o Pite Duncan LLC,    P O Box 17934,   San Diego CA 92177-7922
17131223        +Financial Center Credit Union,    P O Box 208005,    Stockton CA 95208-9005
17131226        +Kirklands,   P O Box 960003,    Orlando FL 32896-0003
17131227        +Machinist Mastercard,    P O Box 60102,    City of Industry CA 91716-0102
17131229        +NCO Financial Services,    10540 White Rock Road Suite 250,    Rancho Cordova CA 95670-6094
17131231        +SEIU Mastercard,    P O Box 60102,    City of Industry CA 91716-0102
17131234        +Wells Fargo,   P O Box 10368,    Des Moines IA 50306-0368
17131236        +Wells Fargo Bank,    P O Box 54780,    Los Angeles CA 90054-0780

The following entities were noticed by electronic transmission on Feb 03, 2010.
tr              +EDI: QGRFARRAR.COM Feb 02 2010 21:38:00     Gary Farrar,    PO Box 576097,
                  Modesto, CA 95357-6097
smg              EDI: CALTAX.COM Feb 02 2010 21:38:00     Franchise Tax Board,    PO Box 2952,
                  Sacramento, CA  95812-2952
17131219        +EDI: CHASE.COM Feb 02 2010 21:38:00     Chase Card Member Services,    P O Box 94014,
                  Palatine IL 60094-4014
17131224        +EDI: IRS.COM Feb 02 2010 21:33:00     Internal Revenue Service,   Insolvency Section Two SA 5347,
                  4330 Watt Avenue,    Sacramento CA 95821
17131225        +EDI: RMSC.COM Feb 02 2010 21:33:00     J C Penney,    P O Box 981403,    El Paso TX 79998-1403
17131228        +EDI: RMSC.COM Feb 02 2010 21:33:00     Mervyn s,    P O Box 960013,    Orlando FL 32896-0013
17131230        +EDI: CHASE.COM Feb 02 2010 21:38:00     Pier One,    P O Box 94012,    Palatine IL 60094-4012
17131232        +EDI: HFC.COM Feb 02 2010 21:33:00     Union Plus Credit Card,    P O Box 60102,
                  City of Industry CA 91716-0102
17131233        +EDI: WFNNB.COM Feb 02 2010 21:38:00     Victoria s Secret,    P O Box 659728,
                  San Antonio TX 78265-9728
17131235        +EDI: WFFC.COM Feb 02 2010 21:38:00     Wells Fargo,    P O Box 30086,    Los Angeles CA 90030-0086
                                                                                                          TOTAL: 10

                ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                     TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Feb 04, 2010                          Signature:   *Joseph Speetjens*