FILED
March 12, 2010
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
0002479644

EDDIE R. JIMENEZ (CA SBN 231239)
ANNE W. HAMANN (CA SBN 254327)
PITE DUNCAN, LLP
4375 Jutland Drive, Suite 200
P.O. Box 17933
San Diego, CA 92177-0933
Telephone: (858) 750-7600
Facsimile: (619) 590-1385

Attorneys for FEDERAL HOME LOAN MORTGAGE CORPORATION

UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF CALIFORNIA - SACRAMENTO DIVISION

| | |
|---|---|
| In re<br><br>JUAN M. SEARCY, SR. AND BEATRIZ SANCHEZ SEARCY,<br><br>Debtor(s). | Case No. 10-22146<br><br>Chapter 7<br><br>R.S. No. PD-1<br><br>**DECLARATION IN SUPPORT OF MOTION FOR RELIEF FROM AUTOMATIC STAY**<br>(Unlawful Detainer) |
| FEDERAL HOME LOAN MORTGAGE CORPORATION,<br><br>Movant,<br>vs.<br><br>JUAN M. SEARCY, SR. AND BEATRIZ SANCHEZ SEARCY,<br><br>Respondent(s). | Property:   333 Franciscan Avenue,<br>            Stockton, California 95210<br><br>DATE:   April 13, 2010<br>TIME:   9:30 a.m.<br>CTRM:   Klein<br><br>501 "I" Street,<br>Sacramento, CA 95814 |

I, Jason Short, declare:

    1.    I am an attorney at the law firm of Pite Duncan, LLP, counsel for Federal Home Loan Mortgage Corporation ("Movant"). I am a member in good standing of the State Bar of California. I make this declaration in support of Movant's Motion for Relief from the Automatic Stay. I have personal knowledge of the facts set forth in this declaration and, if called upon to testify with regard to the matters stated herein, could and would completely do so.

- 1 -

2. On or about, January 29, 2010, Juan M. Searcy, Sr. and Beatriz Sanchez Searcy ("Debtor") filed a voluntary petition under Chapter 7 of the Bankruptcy Code, and Gary Farrar was appointed as Chapter 7 Trustee.

3. Movant acquired title to the property at a foreclosure sale held on July 30, 2009. A true and correct copy of the Trustee's Deed Upon Sale is attached hereto as **Exhibit A** and incorporated herein by reference.

4. Movant caused a Notice Requiring Delivery of Possession of Premises to be served upon the Debtors on October 6, 2009. A true and correct copy of the Notice Requiring Delivery of Possession of Premises is attached hereto as **Exhibit B** and incorporated herein by reference.

5. Subsequently, Movant filed a Complaint for Forcible Detainer against the Debtors on October 16, 2009. A true and correct copy of the Summons and Complaint for Forcible Detainer are attached hereto as **Exhibit C** and incorporated herein by reference.

I declare under penalty or perjury under the laws of the United States of America that the foregoing is true and correct. Executed this _5_ day of March at San Diego, California.

_____
JASON SHORT

ATTORNEY FOR FEDERAL HOME LOAN MORTGAGE CORPORATION