EDDIE R. JIMENEZ (CA SBN 231239)
ANNE W. HAMANN (CA SBN 254327)
PITE DUNCAN, LLP
4375 Jutland Drive, Suite 200
P.O. Box 17933
San Diego, CA 92177-0933
Telephone: (858) 750-7600
Facsimile: (619) 590-1385

Attorneys for FEDERAL HOME LOAN MORTGAGE CORPORATION

FILED
March 12, 2010
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
0002479649

UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF CALIFORNIA

| In re | Case No. 10-22146 |
|---|---|
| JUAN M. SEARCY, SR. AND BEATRIZ SANCHEZ SEARCY, | Chapter 7 |
| Debtor(s). | D.C. No. PD-1 |
| | EXHIBITS TO DECLARATION IN SUPPORT OF MOTION FOR RELIEF FROM AUTOMATIC STAY (11 U.S.C. § 362 and Bankruptcy Rule 4001) |
| FEDERAL HOME LOAN MORTGAGE CORPORATION | LBR 4001-1 and 9014-1(f)(1) |
| Movant, | DATE: April 13, 2010<br>TIME: 9:30 a.m.<br>CTRM: 35 |
| vs. | |
| JUAN M. SEARCY, SR. AND BEATRIZ SANCHEZ SEARCY, Debtor(s); and GARY FARRAR, Chapter 7 Trustee, | 501 "I" Street<br>Sacramento, CA 95814 |
| Respondents. | |

/././

/././

/././

- 1 -

WHEN RECORDED MAIL TO:

WELLS FARGO BANK, N.A.
3476 STATEVIEW BLVD
FORT MILL SC 29715

TRA # 003025
Trust No. 1201728-10
Loan No. XXXXXX6076



Doc #: 2009-121620
Tue Aug 18 09:05:30 PDT 2009
Page: 1 of 2　Fee: $11.00
Kenneth W Blakemore
San Joaquin County Recorders
Paid By: TITLE COURT SERVICE

MAIL TAX STATEMENT TO:

Same as above

RECORDING REQUESTED BY
FIRST AMERICAN TITLE COMPANY
AS AN ACCOMODATION ONLY

4043822-05

Space Above This Line For Recorder
Documentary Transfer Tax $8.00
XX　Grantee was the foreclosing beneficiary.
consideration $66,771.90
unpaid debt $288,344.47
non exempt amount $
__Computed on the consideration or value of property conveyed.
__Computed on the consideration of value less liens or encumbrances remaining at time of sale

Signature of Declarant or Agent
AP# 079-113-30

## TRUSTEE'S DEED UPON SALE

CAL-WESTERN RECONVEYANCE CORPORATION (herein called trustee) does hereby grant and convey, but without covenant or warranty, express or implied to FEDERAL HOME LOAN MORTGAGE CORPORATION (herein called Grantee) the real property in the county of SAN JOAQUIN, State of California described as follows:

LOT 261, AS SHOWN ON THAT CERTAIN MAP ENTITLED, TRACT NO. 851, FRANCISCAN PLAZA, UNIT NO. 6 FILED FOR RECORD IN BOOK 18 OF MAPS AND PLATS, PAGE 19, SAN JOAQUIN COUNTY RECORDS. EXCEPT THEREFROM ALL OIL, GAS, MINERALS AND OTHER HYDROCARBON SUBSTANCES BELOW A DEPTH OF 500 FEET FROM THE SURFACE OF SAID LAND, WITHOUT THE RIGHT OF SURFACE ENTRY.
The street address and other common designation, if any, of the real property described above is purported to be:
333 FRANCISCAN AVENUE
STOCKTON CA 95210

This conveyance is made pursuant to the authority and powers vested in said Trustee, as Trustee, or Successor Trustee, or Substituted Trustee, under that certain Deed of Trust executed by
JUAN M SEARCY A MARRIED PERSON AND BEATRIZ S SEARCY A MARRIED PERSON as Trustor, recorded June 29, 2006, as Document No. 2006-140687, in Book XX, page XX, of Official Records in the Office of the Recorder of SAN JOAQUIN County, California; and pursuant to the Notice of Default recorded March 09, 2009, as Document No. 2009-037845 in Book XX, page XX of Official Records of said County. Trustee having complied with all applicable statutory requirements of the State of California and performed all duties required by said Deed of Trust, including, among other things, as applicable, the mailing of copies of notices or the publication of a copy of the notice of default or the personal delivery of the copy of the notice of default or the posting of copies of the notice of sale or the publication of a copy thereof.

TDUSCA.DOC　　　　　　　　　　Page 1 of 2　　　　　　　　　　Rev. 01/14/08

# EXHIBIT I

EXHIBIT A

TRA # 003025
Trust No. 1201728-10
Loan No. XXXXXX6076

At the place fixed in the Notice of Trustee's Sale, said Trustee did sell said property above described at public auction on July 30, 2009 to said Grantee, being the highest bidder therefore, for $66,771.90 cash, lawful money of the United States, in satisfaction pro tanto of the indebtedness then secured by said Deed of Trust

CAL-WESTERN RECONVEYANCE CORPORATION

Dated: July 30, 2009

*C. Archuleta*
C. Archuleta, Assistant Vice President

State of California )
County of San Diego )

On July 30, 2009 before me, Dayane Monroy, a Notary Public in and for said State, personally appeared C. Archuleta, Assistant Vice President, who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument. I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal

Signature *Dayane Monroy*

(Seal)



DAYANE MONROY
Commission # 1799093
Notary Public - California
San Diego County
My Comm. Expires May 25, 2012

**PITE DUNCAN LLP**

*San Diego*

Steven W. Pite *CA NV WA*
John D. Duncan *CA TX WA*
Peter J. Salmon
*CA ID UT WA*
David E. McAllister
*AZ CA HI OR UT WA*

Rochelle L. Stanford
*AZ CA OR WA*
Josephine E. Salmon
*AK AZ CA NV*
Laurel I. Handley
*AZ CA ID NV*
Daniel R. Gamez *CA TX*
Eddie R. Jimenez *CA NV TX*
Susan L. Petit *AK CA WA*
Douglas A. Toleno *AZ CA*
Cuong M. Nguyen *CA NV*
Casper J. Rankin *CA OR*
Charles A. Correia *CA*
Melodie A. Whitson *CA*
Brian A. Paino *AZ CA TX VA*
Christopher M. McDermott *CA*
Jillian A. Benbow *CA*
Thomas N. Abbott *CA*
Tracy D. Mabry *TX*
Drew A. Callahan *CA*
Natalie T. Nguyen *CA*
Caroline M. Robert *CA*
Genail M. Anderson *CA*
Ellen Cha *CA MN*
Erin L. Laney *CA*
Angela M. Fontanini *CA*
Jacque A. Gruber *CA NV*
John B. Acierno *CA*
William L. Partridge *CA*
Christopher L. Peterson *CA*
Katie L. Johnson *CA*
Mitch A. Wrosch *CA*
Jason W. Short *CA*
Jason L. Eliaser *CA*

*Mailing - Bankruptcy*
4375 Jutland Drive, Suite 200
P O Box 17933
San Diego, CA 92177-0933

*Mailing - Eviction*
4375 Jutland Drive, Suite 200
P O Box 17934
San Diego, CA 92177-0934

Ph (858) 750-7600
Fax (619) 590-1385

*Orange County*
Kerry W. Franich *CA NV*
Elana J. Moeder *CA*
Bryan T. Brown *CO TX*
Michael J. Fox *CA*

1820 E. First St., Ste. 420
Santa Ana, CA 92705
Ph (714) 285-2633
Fax (714) 285-2668

*Arizona Office*
Charles L. Firestein
Phoenix, AZ

*Hawaii Office*
David B. Rosen
Honolulu, HI

*Washington Office*
Jesse Baker
Seattle, WA

*Texas Office*
Claire A. Mock
William P. Weaver, Jr.
San Antonio, TX

October 6, 2009

## NOTICE TO QUIT
C.C.P. SECTION 1161a(b)(3)

TO: JUAN M. SEARCY, BEATRIZ S. SEARCY
AND ALL OCCUPANTS, TENANTS, OR SUBTENANTS
333 FRANCISCAN AVENUE
STOCKTON, CA 95210

NOTICE IS HEREBY GIVEN that (i) within three (3) days after service on you of this Notice in the event you are the original owner or a successor owner of the property or (ii) within ninety (90) days after service on you of this Notice in the event you are a tenant or subtenant of the property, and not one of the owners of the property, you are required to quit and deliver up possession of the premises to the undersigned, who is authorized to receive the same. If you fail to deliver possession this office will institute legal proceedings against you to recover possession of said premises and for rents or damages as provided by law, including up to $600 (six hundred dollars) in addition to the actual damages.

You are required to quit and deliver up possession of the premises as that they were duly sold in accordance with Section 2924 of the Civil Code of the State of California on July 30, 2009 under the power of sale contained in the Deed of Trust encumbering the property. Title to the property has been duly perfected.

This Notice to you is given pursuant to the provisions of Section 1161a(b)(3) and 1161b of the Code of Civil Procedure of the State of California. If you have any questions please contact our office at (858) 750-7600.

DATED: October 6, 2009

By: _____
Arianna Black

Attorneys licensed to practice in Alaska, Arizona, California, Hawaii
Idaho, Nevada, New York, Oregon, Texas, Utah and Washington
*See above or visit www.piteduncan.com re individual attorney admissions.*

EXHIBIT 2

EXHIBIT B

# SUMMONS
## (CITACION JUDICIAL)
### UNLAWFUL DETAINER—EVICTION
### (RETENCIÓN ILÍCITA DE UN INMUEBLE—DESALOJO)

**FOR COURT USE ONLY**
*(SOLO PARA USO DE LA CORTE)*

FILED
SUPERIOR COURT-STOCKTON
2009 OCT 16 AM 10: 07
ROSA JUNQUEIRO, CLERK
BY LISA GUERRERO
DEPUTY

**NOTICE TO DEFENDANT:**
*(AVISO AL DEMANDADO):*
Juan M. Searcy, Beatriz S. Searcy and Does I through X, Inclusive

**YOU ARE BEING SUED BY THE PLAINTIFF:**
*(LO ESTÁ DEMANDANDO EL DEMANDANTE):*

Federal Home Loan Mortgage Corporation, Its Successors and/or Assigns

You have 5 CALENDAR DAYS after this summons and legal papers are served on you to file a written response at this court and have a copy served on the plaintiff. (To calculate the five days, count Saturday and Sunday, but do not count other court holidays. If the last day falls on a Saturday, Sunday or a court holiday then you have the next court day to file a written response.) A letter or phone call will not protect you. Your written response must be in proper legal form if you want the court to hear your case. There may be a court form that you can use for your response. You can find these court forms and more information at the California Courts Online Self-Help Center (www.courtinfo.ca.gov/selfhelp), your county law library, or the courthouse nearest you. If you cannot pay the filing fee, ask the court clerk for a fee waiver form. If you do not file your response on time, you may lose the case by default, and your wages, money, and property may be taken without further warning from the court.

There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may want to call an attorney referral service. If you cannot afford an attorney, you may be eligible for free legal services from a nonprofit legal services program. You can locate these nonprofit groups at the California Legal Services Web site (www.lawhelpcalifornia.org), the California Courts Online Self-Help Center (www.courtinfo.ca.gov/selfhelp), or by contacting your local court or county bar association. NOTE: The court has a statutory lien for waived fees and costs on any settlement or arbitration award of $10,000 or more in a civil case. The court's lien must be paid before the court will dismiss the case.

*Tiene 5 DÍAS DE CALENDARIO después de que le entreguen esta citación y papeles legales para presentar una respuesta por escrito en esta corte y hacer que se entregue una copia al demandante. (Para calcular los cinco días, cuente los sábados y los domingos pero no los otros días feriados de la corte. Si el último día cae en sábado o domingo, o en un día en que la corte esté cerrada, tiene hasta el próximo día de corte para presentar una respuesta por escrito.) Una carta o una llamada telefónica no lo protegen. Su respuesta por escrito tiene que estar en formato legal correcto si desea que procesen su caso en la corte. Es posible que haya un formulario que usted pueda usar para su respuesta. Puede encontrar estos formularios de la corte y más información en el Centro de Ayuda de las Cortes de California (www.sucorte.ca.gov), en la biblioteca de leyes de su condado o en la corte que le quede más cerca. Si no puede pagar la cuota de presentación, pida al secretario de la corte que le dé un formulario de exención de pago de cuotas. Si no presenta su respuesta a tiempo, puede perder el caso por incumplimiento y la corte le podrá quitar su sueldo, dinero y bienes sin más advertencia.*

*Hay otros requisitos legales. Es recomendable que llame a un abogado inmediatamente. Si no conoce a un abogado, puede llamar a un servicio de remisión a abogados. Si no puede pagar a un abogado, es posible que cumpla con los requisitos para obtener servicios legales gratuitos de un programa de servicios legales sin fines de lucro. Puede encontrar estos grupos sin fines de lucro en el sitio web de California Legal Services, (www.lawhelpcalifornia.org), en el Centro de Ayuda de las Cortes de California, (www.sucorte.ca.gov), o poniéndose en contacto con la corte o el colegio de abogados locales. AVISO: Por ley, la corte tiene derecho a reclamar las cuotas y los costos exentos por imponer un gravamen sobre cualquier recuperación de $10,000 ó más de valor recibida mediante un acuerdo o una concesión de arbitraje en un caso de derecho civil. Tiene que pagar el gravamen de la corte antes de que la corte pueda desechar el caso.*

1. The name and address of the court is:
   *(El nombre y dirección de la corte es):*
   Superior Court of California
   County of San Joaquin - Stockton Branch
   222 East Weber Avenue
   Stockton, CA 95202-2709

   **CASE NUMBER:** *(Numero del caso):*
   39-2009-00227956-CL-UD-STK

2. The name, address, and telephone number of plaintiff's attorney, or plaintiff without an attorney is:
   *(El nombre, la dirección y el número de teléfono del abogado del demandante, o del demandante que no tiene abogado, es):*
   WILLIAM L. PARTRIDGE, SBN 260166
   JASON W. SHORT, SBN 263667
   4375 Jutland Drive, Suite 200
   P.O. Box 17934, San Diego, CA 92177
   (phone): (858) 750-7600
   (fax): (619) 590-1385

3. (Must be answered in all cases) An unlawful detainer assistant (Bus. & Prof. Code, §§ 6400—6415) ☒ did not ☐ did for compensation give advice or assistance with this form. (If plaintiff has received any help or advise for pay from an unlawful detainer assistant, complete item 6 on the next page.)

Date: OCT 16 2009    Clerk, by ROSA JUNQUEIRO / LISA GUERRERO, Deputy
*(Fecha)*    *(Secretario)*    *(Adjunto)*

(For proof of service of this summons, use Proof of Service of Summons (form POS-010).)
*(Para prueba de entrega de esta citación use el formulario Proof of Service of Summons, (form POS-010).)*

[SEAL]

4. NOTICE TO THE PERSON SERVED: You are served
   a. ☒ as an individual defendant
   b. ☐ as the person sued under the fictitious name of (specify):
   c. ☒ as an occupant
   d. ☐ on behalf of (specify):
      under: ☐ CCP 416.10 (corporation)      ☐ CCP 416.60 (minor)
             ☐ CCP 416.20 (defunct corporation)  ☐ CCP 416.70 (conservatee)
             ☐ CCP 416.40 (association of partnership) ☐ CCP 416.90 (authorized person)
             ☒ CCP 415.46 (occupant)    ☐ Other (specify):
5. ☐ by personal delivery on (date):

VIA FAX

Form Adopted for Mandatory Use
Judicial Council of California
SUM-130 [Rev. July 1, 2009]

**SUMMONS—UNLAWFUL DETAINER—EVICTION**

Code of Civil Procedure, §§ 412.20, 415.456, 1167
www.courtinfo.ca.gov

EXHIBIT C

| PLAINTIFF (Name): Federal Home Loan | CASE NUMBER: |
|---|---|
| DEFENDANT (Name): Juan M. Searcy, Beatriz S. Searcy, et al. | |

6. Unlawful detainer assistant *(complete if plaintiff has received any help or advise for pay from an unlawful detainer assistant)*:
   a. Assistant's name:
   b. Telephone no.:
   c. Street address, city, and zip:

   d. County of registration:
   e. Registration no.:
   f. Registration expires on *(date)*:

1  WILLIAM L. PARTRIDGE, SBN 260166
   JASON W. SHORT, SBN 263667
2  Pite Duncan, LLP
   4375 Jutland Drive
3  Suite 200; P.O. Box 17934
   San Diego, CA 92177-0934
4  Telephone: (858) 750-7600
   Facsimile: (619) 590-1385
5
6  Attorneys for Plaintiff FEDERAL HOME LOAN MORTGAGE CORPORATION, its
   successors and/or assigns
7
8
                    FILED
                    SUPERIOR COURT-STOCKTON
                    2009 OCT 16  AM 10: 08
                    ROSA JUNQUEIRO, CLERK
                    LISA GUERRERO
                    BY _____
                          DEPUTY

                    VIA FAX

9           SUPERIOR COURT OF THE STATE OF CALIFORNIA
10             COUNTY OF SAN JOAQUIN - STOCKTON BRANCH

11  FEDERAL HOME LOAN MORTGAGE         CIVIL  39-2009-00227956-CL-UD-STK
    CORPORATION, its successors and/or
12  assigns,                           COMPLAINT FOR UNLAWFUL
                                       DETAINER AND MONEY DAMAGES
13            Plaintiff(s),
                                       AMOUNT DEMANDED DOES NOT
14  vs.                                EXCEED $10,000

15  JUAN M. SEARCY, BEATRIZ S. SEARCY, LIMITED CIVIL CASE
    and DOES I through X, inclusive,
16
              Defendant(s).
17

18   Plaintiff, Federal Home Loan Mortgage Corporation, its successors and/or assigns
19  ("Plaintiff"), alleges:

20           CAUSE OF ACTION FOR UNLAWFUL DETAINER
21                    AND MONEY DAMAGES

22   1.   Plaintiff is entitled to the possession of, and is the owner of record of a parcel of real
23  property (hereinafter "property") and the dwelling thereon located at 333 Franciscan Avenue,
24  Stockton, CA 95210, more particularly described as follows:

25       LOT 261, AS SHOWN ON THAT CERTAIN MAP ENTITLED, TRACT NO. 851,
         FRANCISCAN PLAZA, UNIT NO. 6 FILED FOR RECORD IN BOOK 18 OF
26       MAPS AND PLATS, PAGE 19, SAN JOAQUIN COUNTY RECORDS. EXCEPT
         THEREFROM ALL OIL, GAS, MINERALS AND OTHER HYDROCARBON
27       SUBSTANCES BELOW A DEPTH OF 500 FEET FROM THE SURFACE OF
         SAID LAND, WITHOUT THE RIGHT OF SURFACE ENTRY.
28  ///

-1-

COMPLAINT FOR UNLAWFUL DETAINER

1.     The property is located within the above-referenced Judicial District and County.

2.     2.     The true names and capacities, whether individual, corporate, associate or otherwise of the Defendants named herein as DOES I through X in occupancy are unknown to Plaintiff, who therefore sues said Defendants by such fictitious names. Plaintiff will amend this Complaint to show the true names and capacities of such DOE Defendants when they have been ascertained.

3.     Defendant(s), and each of them, are currently in possession of and occupying the property.

4.     Plaintiff purchased the property at a Trustee's Sale held on July 30, 2009. Plaintiff's title has been duly perfected.

5.     Plaintiff has duly recorded the Trustee's Deed Upon Sale, a copy of which is attached hereto as exhibit "1" and incorporated herein as if set forth in full.

6.     Defendant(s) were served a 3-Day Written Notice To Vacate on October 6, 2009. A copy of the written notice is attached hereto as exhibit "2" and incorporated herein as if set forth in full. Said service was made in compliance with Section 1162 Code of Civil Procedure.

7.     The Defendant(s) failed to comply with the requirements of the 3-Day Written Notice to Vacate, which expired on October 12, 2009.

8.     The Defendant(s) continue in possession of the property unlawfully after expiration of the Written 3-Day Notice to Vacate without permission of the Plaintiff and under no right of claim.

9.     The reasonable value for the use and occupancy of the property is $30.00 per day. Plaintiff seeks damages in that amount from October 13, 2009 and for each day thereafter, until the date of Judgment herein.

10.     Continued possession of the property is willful and malicious and Plaintiff is entitled to statutory damages of $600.00 in addition to actual damages pursuant to California Code of Civil Procedure §1174(b).

11.     Plaintiff has performed all the necessary actions and given all the required notices to bring this Unlawful Detainer action.

WHEREFORE, Plaintiff prays for Judgment against Defendant(s) as follows:

1. For restitution and possession of the property; and

2. For $30.00 which represents the unpaid fair rental value per day for use and occupancy of the property and premises from October 13, 2009 until rendition of Judgment herein;

3. Statutory damages of $600.00; and/or

4. For such other and further relief as the Court may deem just and proper.

Dated: October 14, 2009          PITE DUNCAN, LLP

                                  WILLIAM L. PARTRIDGE, SBN 260166
                                  JASON W. SHORT, SBN 263667
                                  Attorneys for Plaintiff

VIA FAX

COMPLAINT FOR UNLAWFUL DETAINER

## VERIFICATION

State of California  )
                     )
County of San Diego  )

I, JASON W. SHORT, am the attorney for Federal Home Loan Mortgage Corporation, its successors and/or assigns, the Plaintiff in this action. Such party is absent from the County where I maintain my office, and I make this verification for and on behalf of that party for that reason. I have read the foregoing Summons and Complaint for Unlawful Detainer and Money Damages and accompanying documents therein and know their contents. I am informed and believe and on that ground allege that matters stated therein are true.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed October 14, 2009, at San Diego, California.

PITE DUNCAN, LLP

By: _____
JASON W. SHORT
Attorney at Law

VIA FAX

-4-

COMPLAINT FOR UNLAWFUL DETAINER