FILED
May 11, 2010
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
0002623218

CHARLES L. HASTINGS     #88599
LAW OFFICES OF CHARLES L. HASTINGS
4568 Feather River Dr., Ste. A
Stockton, CA 95219
(209) 476-1010

Attorney for Debtors

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO, CALIFORNIA

In re:

JUAN M. and BEATRIZ SEARCY,

    Debtors.

CASE NO: 10-22146
CHAPTER 7

D. C. NO.:

**PROOF OF SERVICE BY MAIL OF DEBTORS JUAN M. AND BEATRIZ SEARCY'S AMENDMENT TO SCHEDULE B AND C**

I declare that:

    I am employed in the County of San Joaquin, California. I am over the age of eighteen years and not a party to the within cause; my business address is 4568 Feather River Drive, Suite A, Stockton, CA 95219.

    On May 11, 2010, I served the within **AMENDMENT TO SCHEDULE B AND C** on all interested parties by placing a true copy thereof in a sealed envelope with postage thereon fully prepaid, in the United States mail at Stockton, California, addressed as follows:

Gary R. Farrar
P.O. Box 576097
Modesto, CA 95357

Office of the U.S. Trustee
Robert T. Matsui U.S. Courthouse
501 I Street Ste. 7-500
Sacramento, CA 95814

1

| | |
|---|---|
| 1 | I declare under penalty of perjury that the foregoing is true and correct, and that this |
| 2 | declaration was executed on May 11, 2010, at Stockton, California. |

/s/ Zula Dorado   *Zula Dorado*
ZULA DORADO